UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| KARINE L. MAIER, *as surviving Spouse of James R. Maier, and as the Executrix of the Estate of James R. Maier*, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV409-172 |
| GREEN EYES USA, INC., FAUSTINO JIMENEZ, CANAL INSURANCE COMPANY, SHELLY, MIDDLEBROOKS & O'LEARY, INC., AEQUICAP INSURANCE COMPANY, and K.V. CARRIER SERVICES, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court having reviewed and considered the petition of Moises Kaba III, of the law firm of Kaba Law Group, P.L.L.C., 1840 W. 49th Street, Suite 100, Hialeah, Florida 33012, for permission to appear pro hac vice on behalf of defendant K.V. Carrier Services, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Moises Kaba III, as counsel of record for defendant K.V. Carrier Services, Inc., in this case.

**SO ORDERED** this  16th  day of June, 2010.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA