IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KARINE L. MAIER, as surviving )
spouse of James R. Maier and )
as Executrix of the Estate of )
James R. Maier, )
)
     Plaintiff, )
)
v. ) CASE NO. CV409-172
)
GREEN EYES USA, INC., FAUSTINO )
JIMENEZ, CANAL INSURANCE )
COMPANY, SHELLY, MIDDLEBROOKS )
& O'LEARY, INC., AEQUICAP )
INSURANCE COMPANY, K.V. )
CARRIER SERVICES, INC., JAKE )
KANONITZ, KANNON & KANNON )
INSURANCE, INC., DOT SERVICES )
CORP., and AEQUICAP PROGRAM )
ADMINISTRATORS, INC, )
)
     Defendants. )
)

## O R D E R

Before the Court are Defendants Canal Insurance Company ("Canal") and Shelly, Middlebrooks, & O'Leary, Inc.'s ("SMO") Motion to Certify a Final Judgment (Doc. 255) and Plaintiff's Motion to Certify a Final Judgment (Doc. 257). In both motions, the parties request that the Court certify final judgment as to Canal and SMO, in light of the Court's dismissal of Plaintiff's claims against them. After careful consideration, the motions (Docs. 255, 257) are **DENIED**.

1

The general rule is that final judgment pursuant to Federal Rule of Civil Procedure 54(b) is proper only after rights and liabilities of all parties to an action have been adjudicated. Ebrahimi v. City of Huntsville Bd. of Educ., 114 F.3d 162, 166 (11th Cir. 1997) (citing Hogan v. Consol. Rail Corp., 961 F.2d 1021, 1025 (2d Cir. 1992)). In addition, "Rule 54(b) certification 'must be reserved for the unusual case in which the costs and risks of multiplying the number of proceedings and of overcrowding the appellate docket are outbalanced by pressing needs of the litigants for an early and separate judgment as to some claims or parties.'" Ebrahimi, 114 F.3d at 166 (quoting Morrison-Knudsen Co. v. Archer, 655 F.2d 962, 965 (9th Cir. 1981)). After careful review, the Court finds it unnecessary to depart from the general rule because the parties' need for a final judgment does not outweigh the costs and risks of multiple proceedings. As a result, the Court **DECLINES** to exercise its discretion and certify final judgment as to the dismissal of claims against Canal and SMO. Accordingly, the motions (Docs. 255, 257) are **DENIED**.

SO ORDERED this 6th day of August 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA