IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KARINE L. MAIER, as surviving )
spouse of James R. Maier and )
as Executrix of the Estate of )
James R. Maier, )
)
    Plaintiff, )
)
v. )  CASE NO. CV409-172
)
GREEN EYES USA, INC.; FAUSTINO )
JIMENEZ; CANAL INSURANCE )
COMPANY; SHELLY, MIDDLEBROOKS )
& O'LEARY, INC.; AEQUICAP )
INSURANCE COMPANY; K.V. )
CARRIER SERVICES, INC.; JAKE )
KANONITZ; KANNON & KANNON )
INSURANCE, INC.; DOT SERVICES )
CORP.; and AEQUICAP PROGRAM )
ADMINISTRATORS, INC; )
)
    Defendants. )
)



## O R D E R

Before the Court is Plaintiff's Motion to Dismiss and Entry of Final Judgment. (Doc. 286.) In her motion, Plaintiff seeks to dismiss Defendants Green Eyes USA, Inc., Faustino Jimenez, Aequicap Insurance Company, Aequicap Program Administrators, Inc., K.V. Carrier Services, Inc., and DOT Services Corp. (Doc. 286, Attach. 1 at 1.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

1

This case was previously stayed on August 17, 2012 due to Defendant K.V. Carrier Services's entrance into bankruptcy proceedings. Nevertheless, Plaintiff's requested dismissal of Defendant K.V. Carrier Services, along with the dismissal of all other remaining defendants, would have the practical effect of ending this case.[1] To date, no party has objected or otherwise responded to Plaintiff's motion. Given the stay, however, the Court will allow Defendants a final opportunity to respond to Plaintiff's motion before the Court makes its ruling. Any objections to Plaintiff's motion must be filed within **twenty days** of this order.

SO ORDERED this 29th day of May 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court has previously dismissed or granted summary judgment in favor of the only other defendants not named in Plaintiff's present motion. (Doc. 243; Doc. 244; Doc. 251.)