IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KARINE L. MAIER, as surviving )
spouse of James R. Maier and )
as Executrix of the Estate of )
James R. Maier, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV409-172
 )
GREEN EYES USA, INC.; FAUSTINO )
JIMENEZ; CANAL INSURANCE )
COMPANY; SHELLY, MIDDLEBROOKS )
& O'LEARY, INC.; AEQUICAP )
INSURANCE COMPANY; K.V. )
CARRIER SERVICES, INC.; JAKE )
KANONITZ; KANNON & KANNON )
INSURANCE, INC.; DOT SERVICES )
CORP.; and AEQUICAP PROGRAM )
ADMINISTRATORS, INC; )
 )
    Defendants. )
 )

## ORDER

Before the Court is Plaintiff's Motion to Dismiss and Entry of Final Judgment. (Doc. 286.) In her motion, Plaintiff seeks to dismiss Defendants Green Eyes USA, Inc., Faustino Jimenez, Aequicap Insurance Company, Aequicap Program Administrators, Inc., K.V. Carrier Services, Inc., and DOT Services Corp. (Doc. 286, Attach. 1 at 1.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

1

On May 29, 2015, the Court gave all parties in this case additional time to express any opposition to Plaintiff's motion. (Doc. 293.) However, no party has objected or otherwise responded to Plaintiff's request. Accordingly, Plaintiff's motion is **GRANTED** and Plaintiff's claims against the aforementioned defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate these defendants and close this case.[1]

SO ORDERED this 4th day of September 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court has previously dismissed or granted summary judgment in favor of the only other defendants not named in Plaintiff's present motion. (Doc. 243; Doc. 244; Doc. 251.) As a result, the Court's September 20, 2011 order granting summary judgment in favor of Defendants Canal Insurance Company and Shelly, Middlebrooks, and O'Leary, Inc. effectively becomes the Court's final judgment in this case. (Doc. 251.)