IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| KARINE L. MAIER, as surviving spouse of James R. Maier and as Executrix of the Estate of James R. Maier,<br><br>Plaintiff,<br><br>v.<br><br>GREEN EYES USA, INC.; FAUSTINO JIMENEZ; CANAL INSURANCE COMPANY; SHELLY, MIDDLEBROOKS & O'LEARY, INC.; AEQUICAP INSURANCE COMPANY; K.V. CARRIER SERVICES, INC.; JAKE KANONITZ; KANNON & KANNON INSURANCE, INC.; DOT SERVICES CORP.; and AEQUICAP PROGRAM ADMINISTRATORS, INC;<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV409-172 |



**O R D E R**

On July 5, 2018, the Eleventh Circuit Court of Appeals remanded this case to this Court "for the limited purpose of making the factual determinations of (1) where Jimenez was a citizen at the time of removal, and (2) where decedent James Maier was a citizen at the time of his death." (Doc. 337.) Pursuant to the Eleventh Circuit's mandate, Defendants are **DIRECTED** to provide a brief within 21 days from the date of this order that details the citizenship of Defendant Faustino Jimenez and Decedent James Maier. Any necessary replies or responses

1

shall be filed in accordance with Local Rules 7.5 and 7.6. If necessary, the parties may petition the Court for limited discovery.

SO ORDERED this 10th day of July 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA