IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KARINE L. MAIER, as surviving )
spouse of James R. Maier and as )
Executrix of the Estate of James )
R. Maier, )
                             )
     Plaintiff, )
                             )
v. )     CASE NO. CV409-172
                             )
GREEN EYES USA, INC.; FAUSTINO )
JIMENEZ, CANAL INSURANCE )
COMPANY; SHELLY, MIDDLEBROOKS & )
O'LEARY, INC.; AEQUICAP )
INSURANCE COMPANY; K.V. CARRIER )
SERVICES, INC.; JAKE KANONITZ; )
KANNON & KANNON INSURANCE, INC.; )
DOT SERVICES CORP.; AEQUICAP )
PROGRAM ADMINISTRATORS, INC.; )
WESTFIELD INSURANCE COMPANY, )
                             )
     Defendants. )

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____ M
1 - 24 20 19
_____
Deputy Clerk

## O R D E R

Before the Court is Plaintiff's Motion to Seal. (Doc. 345.)
In her request, Plaintiff requests that the Court seal certain
documents that contain personal information obtained during a
background check of Defendant Faustino Jimenez. (Id.) Although
motions to seal are generally disfavored, "[t]he common law
right of access may be overcome by a showing of good cause,
which requires balancing the asserted right of access against
the other party's interest in keeping the information
confidential." Romero v. Drummond Co., 480 F.3d 1234, 1245 (11th

Cir. 2007) (citing Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1309 (11th Cir. 2001)). After careful consideration, the Court finds that Plaintiff has shown good cause to warrant sealing Plaintiff's attached documents. Accordingly, Plaintiff's motion is **GRANTED**. The Clerk of Court is **DIRECTED** to **SEAL** Plaintiff's attached exhibits.

SO ORDERED this **24**th day of January 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA