FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAY -6 PM 2:53
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KARINE L. MAIER, as surviving )
spouse of James R. Maier and as )
Executrix of the Estate of James )
R. Maier, )
)
    Plaintiff, )
)
v. )  CASE NO. CV409-172
)
GREEN EYES USA, INC.; FAUSTINO )
JIMENEZ, CANAL INSURANCE )
COMPANY; SHELLY, MIDDLEBROOKS & )
O'LEARY, INC.; AEQUICAP )
INSURANCE COMPANY; K.V. CARRIER )
SERVICES, INC.; JAKE KANONITZ; )
KANNON & KANNON INSURANCE, INC.; )
DOT SERVICES CORP.; AEQUICAP )
PROGRAM ADMINISTRATORS, INC.; )
and WESTFIELD INSURANCE COMPANY, )
)
    Defendants. )
)

## O R D E R

Before the Court is Defendants' Motion to Seal. (Doc. 372.) In their motion, Defendants request that the Court seal certain documents that contain tax and financial information of the entire Maier family and documents that contain personal information obtained during a background check of Defendant Faustino Jimenez. (Id.) Although motions to seal are generally disfavored, "[t]he common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping

the information confidential." Romero v. Drummond Co., 480 F.3d 1234, 1245 (11th Cir. 2007) (citing Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1309 (11th Cir. 2001)). After careful consideration, the Court finds that Defendants have shown good cause to warrant sealing Defendants' attached documents. Accordingly, Defendants' motion (Doc. 372) is **GRANTED**. The Clerk of Court is **DIRECTED** to **SEAL** Defendants' attached exhibits.

SO ORDERED this 6th day of May 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA